**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7816**

DANIEL TAYLOR,

       Plaintiff - Appellant,

    v.

LESLIE FLEMING, Warden; HAROLD CLARKE; SAMFORD CRAFT, Correctional Officer; SENSABAUGH, Correctional Officer,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Elizabeth Kay Dillon, District Judge. (7:17-cv-00099-EKD-JCH)

Submitted: June 29, 2021                 Decided: July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Taylor appeals the district court's order granting Defendants' motion to dismiss his 42 U.S.C. § 1983 complaint for failure to state a claim. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Taylor's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*